UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

*Electronically Filed*

AMERICAN COMMERCIAL BARGE )
LINE LLC, )
      )
        PLAINTIFF, )
      )
v. )     Case No. 4:23-cv-00046-SEB-KMB
      )
PURE AVIATION, LLC, )
      )
        DEFENDANT. )

## AGREED JUDGMENT

This matter having come before the Court upon the agreement of Plaintiff American Commercial Barge Line LLC ("ACBL") and Defendant Pure Aviation, LLC ("Pure Aviation"), and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

    A.    ACBL is awarded a judgment against Pure Aviation in the amount of $203,331.46, plus pre-judgment interest from the date each invoice came due and post-judgment interest from the date of entry of this Agreed Judgment, both accruing at the agreed upon rate of 1.5% per month.

    B.    Pursuant to Barge Charter Party #210412-1, ACBL is awarded its costs incurred herein in an amount to be shown by subsequent affidavit.

    C.    Pure Aviation agrees not to appeal this Agreed Judgment and that execution of this Agreed Judgment may be made immediately without further notice or order of the Court.

    D.    Pure Aviation agrees not to challenge the domestication of this Agreed Judgment in any other jurisdictions

This is a final judgment.

Date:    __11/13/2023__               *Sarah Evans Barker*

                                           SARAH EVANS BARKER, JUDGE
                                         United States District Court
                                         Southern District of Indiana

Distribution to counsel of record via CM/ECF